# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**CAROLYN GRIER**                                                                                          **PLAINTIFF**

v.                              Case No. 4:22-cv-00011-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                                **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

So adjudged this 6th day of March, 2023.

*[Signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge