IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CAROLYN GRIER**                                                                                **PLAINTIFF**

v.                              **Case No. 4:22-cv-00011-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                              **DEFENDANT**

## ORDER

Before the Court is plaintiff Carolyn Grier's motion for award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 19). The EAJA authorizes the payment of attorney's fees and expenses to a prevailing party that meets certain financial eligibility requirements. *See* 28 U.S.C. § 2412(d)(1)(A). Ms. Grier seeks a total payment of $4,885.95, including $4,861.60 in attorney's fees and $24.35 in expenses (Dkt. No. 19). The Commissioner of Social Security has responded and does not object to the motion (Dkt. No. 21).

For good cause shown, the Court grants Ms. Grier's motion (Dkt. No. 19). After review of the record, the Court finds that Ms. Grier is entitled to attorney's fees under 28 U.S.C. § 2412(d)(1)(A) and that the hours spent by counsel working on this matter are reasonable. The Court therefore approves an award of attorney's fees and costs in the amount of $4,885.95. The EAJA fee award shall be made payable to Ms. Grier, in the care of and mailed to her counsel of record, Nicholas Lynn Coleman, but subject to any applicable offsets for pre-existing debt owed to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner of Social Security shall certify this award.

It is so ordered this the 28th day of February, 2023.

                                              Kristine G. Baker
                                              Chief United States District Judge